UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                                         20-cr-294 (PKC)

        -against-                                                 ORDER

VALDEZ SIMMONS,

                      Defendant(s).

_____

CASTEL, U.S.D.J.

      Counsel for the defendants in the above-captioned action shall comply with the attached Order of Judge Failla entered in United States v. Balde, 20-cr-281.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 29, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>SOULEYMANE BALDE,<br><br>                              Defendant. | 20 Cr. 281 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 16, 2020, the Court scheduled a call with Linda Thomas, the Jury Administrator for the Southern District of New York, to take place on June 30, 2020.  (Dkt. #21).  The Court then received letters from the Government (Dkt. #22, 24), and Mr. Balde (Dkt. #23), proposing a structure for the call and a list of questions and topics to be discussed with Ms. Thomas. The Court believes that the questions and discussion topics identified in these letters are comprehensive, and does not anticipate additional questions or discussion topics for the Jury Administrator.  Any defense counsel planning to participate in the call who believes that additional questions are warranted is directed to submit those questions to the Court by email at failla_nysdchambers@nysd.uscourts.gov by **June 30, 2020 at 9:00 a.m.**

SO ORDERED.

Dated:   June 29, 2020
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge