

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
**Re:** ***United States* v. *Valdez Simmons*, 20 Cr. 294 (PKC)**

Dear Judge Castel:

Enclosed as Exhibit A, please find a Proposed Protective Order relating to the production of jury records in the above-captioned matter, consistent with the Court's order dated June 24, 2020 (*see* Dkt. No. 11). The parties respectfully request that the Court enter the Proposed Protective Order, which has been consented to by the parties.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              *Acting United States Attorney for the*
                              *Southern District of New York*


                         by: /s/ T. Josiah Pertz_____
                              T. Josiah Pertz
                              Assistant United States Attorney
                              (914) 933-1966
                              timothy.pertz@usdoj.gov


cc: Robert Baum, Esq. (by ECF)