# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 14, 2021

**BY ECF AND EMAIL**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

**Re:   United States v. Valdez Simmons**
       **20 Cr. 294 (PKC)**

Dear Judge Castel:

   This letter is respectfully submitted on behalf of my client, Valdez Simmons, to request an adjournment of his sentencing hearing currently scheduled for June 2, 2021. I have spoken with Josiah Pertz, Esq. on behalf of the Government, and he consents to this application. I am requesting an adjournment of approximately 60 days, subject to the Court's calendar. Prior to the sentencing I am attempting to obtain a psychiatric evaluation of Mr. Simmons, which should be helpful to the Court, and we have had numerous logistical problems in completing his interview with my psychiatrist.

                                         Respectfully submitted,
                                         /S/
                                         Robert M. Baum
                                         Assistant Federal Defender

                                         **SO ORDERED:**

                                         _____
                                         **HONORABLE P. KEVIN CASTEL**
                                         United States District Judge

cc:   Josiah Pertz, Esq.,
      Assistant United States Attorney