UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                           20-cr-294-01 (PKC)

VALDEZ SIMMONS,                               ORDER

                Defendant.

CASTEL, U.S.D.J:

       For the reasons stated on the record during a status conference regarding revocation of supervised release held on July 30, 2025, that the special conditions are modified, on consent of defendant Simmons, to include the following:

> You must participate in and complete an anger management program approved by the United States Probation Office.

       SO ORDERED.

                                      P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       July 30, 2025